IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERRY L. RANSON,**
**D.O.C. # B-114511,**

    *Plaintiff*,

v.                                            Case No.: 4:22cv42-MW/MAF

**CENTRUION CONTRACT**
**HOLDER, et al.,**

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on April 8, 2022.**

                                          s/Mark E. Walker             
                                          **Chief United States District Judge**